

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-18-00733-CR

Martin **BALLEZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12645
Honorable Frank J. Castro, Judge Presiding

# O R D E R

By order dated June 19, 2019, this court ordered the district clerk of Bexar County to prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 2017CR12645 to appellant. The district clerk was further ordered to file written notice in this court confirming the date the record was sent to appellant. The order further provided that if, after reviewing the record, appellant desired to file a pro se brief, he must do so within thirty days from the date this court received written notice that the record was sent to appellant by the district clerk.

On July 3, 2019, the district clerk filed written notice confirming the record had been sent. At that time, the district clerk did not inform this court that no duplicate copy of the reporter's record was on file with the district clerk's office as required by TEX. R. APP. P. 34.6(h). Based on the district clerk's notice, this court calendared the pro se brief as being due to be filed on August 2, 2019.

On July 23, 2019, the pro se appellant filed a motion requesting an extension of time to file his brief, stating he did not receive a complete clerk's record and did not receive the reporter's record. On July 24, 2019, in response to this court's inquiry, the district clerk's office informed this court that the pro se appellant was sent a full and complete duplicate copy of the clerk's record filed in this appeal; however, no reporter's record was sent because no duplicate copy of the reporter's record was filed in the district clerk's office.

It is therefore ORDERED that the court reporter responsible for preparing the reporter's record, Ms. Monica Crawford: (1) file a duplicate copy of the reporter's record for this appeal in the district clerk's office as required by TEX. R. APP. P. 34.6(h) no later than five days from the date of this order; and (2) simultaneously file written notice in this court stating she has complied with this order. It is FURTHER ORDERED that the district clerk's office: (1) send a full and complete duplicate copy of the reporter's record to appellant at TDC# 2228201, 3899 HWY 98, New Boston, TX 75570 within five days of the record being filed in the district clerk's office; and (2) simultaneously file written notice in this court confirming the date the record was sent.

Appellant's motion for an extension of time is GRANTED. The clerk's record previously sent to appellant is a full and complete duplicate copy of the clerk's record filed in this appeal; therefore, no additional documents filed in the trial court will be provided. Pursuant to this order, appellant will be provided a full and complete duplicate copy of the reporter's record. If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty days from the date this court receives written notice that the reporter's record was sent to appellant by the district clerk. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court